JOSEPH COYNE, Respondent, v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY (Sued Herein as CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, INC.), Appellant; CHATHAM PHENIX CORPORATION and Others, Defendants. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ADOLF ENDERLE, Respondent, v. EMIL ANASTASIA, Defendant, and SCARSDALE ESTATES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

RUTH A. HEYWANG and ANTHONY J. HEYWANG, Respondents, v. RICHMOND RAILWAYS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of CENTRAL HIGH SCHOOL DISTRICT No. 1 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, and BOARD OF EDUCATION OF CENTRAL HIGH SCHOOL DISTRICT No. 1 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Respondents, for a Peremptory Order of Mandamus against UNION FREE SCHOOL DISTRICT No. 13 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 13 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, and WILLIAM B. MARTIN and Others, Constituting the Board of Education of Union Free School District No. 13 of the Town of Hempstead, Nassau County, New York, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application, etc., of THE CITY OF NEW YORK, Relative to Neptune Avenue, etc., Brooklyn. (Re Application of FLORENCE H. CLARK for Payment of Award Made for Damage Parcels Nos. 510, 511, 512 and 513.) FLORENCE H. CLARK, Petitioner-Respondent; THOMAS H. WHEELER and ROBERT L. WHEELER, Heirs of EMMETT B. WHEELER, Deceased, in Place and Stead of the Estate of EMMETT B. WHEELER, Deceased, LOUIS C. SCHWENSEN, as Executor, etc., of BERTHA LARSON, Deceased, and Administrator de Bonis Non, etc., of WALTER LARSON, Deceased, Appellants, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 745.] Questions to be certified. Motion for a stay granted upon the filing of the undertaking required by section 593 of the Civil Practice Act. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ. Settle order on notice.

In the Matter of the Application of PHILIP E. COOK, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES, as Warden of Sing Sing Prison, JOHN J. SHEEHEY, as Principal Keeper of Sing Sing Prison, and Others, etc., Respondents. In the Matter of the Application of NICHOLAS TRIMARCO, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others, Respondents. In the Matter of the Application of HENRY MATTHEWS, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others, Respondents. In the Matter of the Application of JOSEPH O'KEEFE, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others, Respondents. In the Matter of the Application of WILLIAM THOMPSON, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others,